IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT
SAN ANGELO DIVISION

| | | |
|---|---|---|
| THE UNITED STATES OF AMERICA | § § § | |
| VS. | § § | NO. 6:19-CR-041-H(11) |
| ERIC MARTINEZ (11) | § § § | |

## MOTION FOR CONTINUANCE

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, RANDY WILSON, Court Appointed Attorney for the Defendant, DOMINIC ERIC MARTINEZ. and files this Motion for Continuance, and in support thereof would respectfully show unto the Court as follows:

1. This case is set for Arraignment and Detention Hearing on December 10, 2019 at 2 p.m. before Judge Parker, U.S. Magistrate, in San Angelo, Texas.
2. The Defendant filed a Waiver of Detention Hearing on December 6, 2019.
3. RANDY WILSON has a setting in County Court at Law #2, that cannot be reset on December 10, 2019.
4. The Defendant is now incarcerated in Abilene, Texas.
5. RANDY WILSON has the date of December 17, 2019 at 10:00 a.m. in Abilene, Texas available, as he has another arraignment and plea set before the U.S. Magistrate, Judge Parker at that same date and time.
6. Both the Government's Attorney and RANDY WILSON, are both available on December 17, 2019 and agreeable to resetting to that date.
7. 
   WHEREFORE, PREMISES CONSIDERED, Attorney for Defendant, RANDY WILSON, requests that the Court reset the Arraignment for December 17, 2019.

Respectfully submitted,

/s/ Randy Wilson
RANDY WILSON
Attorney at Law
P.O. Box 2875
Abilene, TX 79604
Phone: (325)677-4678
Fax: (325)677-6129
rwilson@randywilsonlaw.com
State Bar No.: 21740000
Attorney for PAUL ASTORGA

## CERTIFICATE OF CONFERENCE

On December 6, 2019, RANDY WILSON and the Assistant U.S. Attorney, ANDREW HATFIELD, conferred and both parties are agreeable to the resetting of the arraignment to December 17, 2019.

/s/ Randy Wilson
RANDY WILSON
Attorney for ERIC MARTINEZ

## CERTIFICATE OF SERVICE

I, RANDY WILSON, certify that on the 6th day of December, 2019, a copy of the foregoing was delivered to the Assistant United States Attorney by e filing as provided for in the Rules of Procedure for the United States District Court for the Northern District of Texas, Abilene, Division.

/s/ Randy Wilson
RANDY WILSON
Attorney for ERIC MARTINEZ